■ In the Matter of BLUE SKYLINE OF NEW YORK, INC., Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Determination of the respondent, dated August 15, 1977, unanimously confirmed, without costs and without disbursements (see *Matter of Multi Million Miles Corp. v State Liq. Auth.,* 55 AD2d 866, affd 43 NY2d 774). No opinion. Concur—Kupferman, J. P., Lupiano, Yesawich, Sandler and Sullivan, JJ.

■ ELLIOTT L. SACKLER, Appellant, v AMERICANA HOTELS, INC., et al., Respondents.—Order, Supreme Court, New York County, entered on September 30, 1977, and the judgment entered thereon on October 18, 1977, unanimously affirmed for the reasons stated by Stecher, J., at Special Term. The respondents shall recover of the appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Silverman, Lane and Markewich, JJ.